UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS GOOLSBY,

              Plaintiff,

    v.

WILLIAM BARNTS, et al.,

              Defendants.

Case No.  13-cv-03366-JD

**ORDER GRANTING MOTION FOR RECONSIDERATION**

Re: Dkt. No. 22

Plaintiff's original civil rights complaint was dismissed with leave to amend and he filed an amended complaint. The Court reviewed the amended complaint and ordered service on his claim of retaliation but dismissed the remaining claims. Plaintiff has filed a motion for reconsideration with additional facts. The motion is granted. A review of the amended complaint and motion for reconsideration indicate that plaintiff has asserted sufficient allegations for his claim of denial of access to the courts and related state law claims. The action will continue on the new claims and the additional defendants.[1]

## CONCLUSION

1.    Plaintiff's motion for reconsideration (Docket No. 22) is **GRANTED**.

2.    The clerk shall issue a summons and the United States Marshal shall serve, without prepayment of fees, copies of the amended complaint with attachments and copies of this order on the following defendants at Pelican Bay State Prison: Warden G.D. Lewis and Associate Warden (former Captain) Puget.

---

[1] The defendants from plaintiff's prior prison in another district remain dismissed from this action. These defendants at an outside institution prevented plaintiff from communicating with other inmates, but this does not set forth a denial of access to courts claim.

United States District Court
Northern District of California

3.      The newly served defendants shall follow the instructions in the Court's order of service (Docket No. 19)

**IT IS SO ORDERED**.

Dated:  December 29, 2014

_____

JAMES DONATO

United States District Judge

1

2

3

4                                UNITED STATES DISTRICT COURT

5                              NORTHERN DISTRICT OF CALIFORNIA

6

7    THOMAS GOOLSBY,                              Case No.  13-cv-03366-JD

            Plaintiff,
8
                                                  **CERTIFICATE OF SERVICE**
9        v.

10   WILLIAM BARNTS, et al.,

            Defendants.
11

12          I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.

13   District Court, Northern District of California.

14          That on 12/29/2014, I SERVED a true and correct copy(ies) of the attached, by placing

15   said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by
     depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
16   receptacle located in the Clerk's office.

17   Thomas  Goolsby
     F-19778
18   P.O. Box 7500
     Crescent City, CA 95532
19

20

21   Dated: 12/29/2014

22

23                                               Richard W. Wieking
                                                 Clerk, United States District Court
24

25

26                                           B *Lisa R. Clark*  _____
                                             LISA R. CLARK, Deputy Clerk to the
27                                           Honorable JAMES DONATO

28