UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS GOOLSBY,

    Plaintiff,

  v.

PUGETT, et al.,

    Defendants.

Case No. 13-cv-03366-JD

**ORDER GRANTING EXTENSION**

Re: Dkt. Nos. 38, 47

GOOD CAUSE APPEARING, it is hereby ordered that defendants' requests for an extension of time (Docket Nos. 38, 47) are **GRANTED** and defendants' motion is deemed timely filed.

**IT IS SO ORDERED.**

Dated: July 29, 2015

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GOOLSBY,<br><br>    Plaintiff,<br><br>v.<br><br>PUGETT, et al.,<br><br>    Defendants. | Case No. 13-cv-03366-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 29, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Thomas Goolsby
PBSP D-8-224
F-19778
P.O. Box 7500
Crescent City, CA 95532

Dated: July 29, 2015

Richard W. Wieking
Clerk, United States District Court

By: /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO