UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____

www.cand.uscourts.gov

Susan Y. Soong                                                                                                General Court Number
Clerk of Court                                                                                                   415-522-2000

June 23, 2016

CASE NUMBER:   13-cv-03366-JD

CASE TITLE: Goolsby v. Lewis

USCA NUMBER:  16-15272

DATE MANDATE FILED:  6/23/2016

TO COUNSEL OF RECORD:

      The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

      Very truly yours,

      Susan Y. Soong, Clerk

      _____
      by:  Hilary Jackson
      Case Systems Administrator
      522-4261